920

No. 77–7009. HOY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 78–5213. RODRIGUEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari.

OCTOBER 20, 1978

No. 78–5442. PROFFITT v. FLORIDA. Sup. Ct. Fla. Certiorari dismissed under this Court's Rule 60.

OCTOBER 24, 1978

No. 78–5228. CALZADA v. UNITED STATES. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 60.

OCTOBER 30, 1978

No. 78–64. NEW YORK v. UNITED STATES. Affirmed on appeal from C. A. 2d Cir. MR. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.